### In re MOEHS & RECHNITZER.

(District Court, S. D. New York. February, 1909.)

BANKRUPTCY (§ 113*)—INVOLUNTARY PROCEEDINGS—LIABILITY OF PETITIONING CREDITORS.

> There is no liability on the bond of petitioners in involuntary bankruptcy proceedings, except for the usual costs, unless they acted without probable cause and maliciously, and in that case the remedy is a suit in the nature of a suit for malicious prosecution.

[Ed. Note.—For other cases, see Bankruptcy, Dec. Dig. § 113.*]

In the matter of Moehs & Rechnitzer, alleged bankrupts. On motion for allowance of damages against petitioning creditors. Motion denied.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Cohen, Creevey & Richter, for the motion.
Leonard M. Wallstein, opposed.

HOLT, District Judge. The liability on the petitioning creditors' bond is for damages caused by the appointment of the receiver. There is no liability for filing a petition in bankruptcy, except for the usual costs, unless the petitioners acted without probable cause and maliciously, and in that case the remedy is a suit in the nature of a suit for malicious prosecution.

Motion denied.